GARY JESSE SANCHEZ,
*Appellant,*

*v.*

Robert SCHIEDLER,
Superintendent,
Two Rivers Correctional Institution,
*Respondent.*

CV010206; A122161

145 P3d 277

Patrick M. Ebbett argued the cause for appellant. With him on the brief was Chilton, Ebbett & Rohr, LLC.

Gary Jesse Sanchez filed the supplemental brief *pro se.*

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jennifer S. Lloyd, Attorney-In-Charge, Collateral Remedies and Capital Appeals.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

## PER CURIAM

Petitioner appeals the post-conviction court's denial of his petition for post-conviction relief, arguing, in part, that he received inadequate assistance of counsel in the underlying criminal proceeding, in which he received sentences greater than that allowed by law. On appeal, the state concedes that the post-conviction court should have granted relief on that claim of inadequate assistance of counsel. The parties assert, and we agree, that the sentences in the underlying criminal proceeding do not comport with the Oregon Supreme Court's decision in *State v. Davis*, 315 Or 484, 847 P2d 834 (1993), and that petitioner is entitled to resentencing. We thus accept the state's concession. We reject without discussion petitioner's remaining assignments of error.

Reversed and remanded.